IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTHONY A. NASH, | : | |
| | : | C.A. No. 16-896 GMS |
| Plaintiff, | : | |
| | : | |
| v. | : | Trial by Jury of Twelve Demanded |
| | : | |
| CONNECTIONS COMMUNITY | : | |
| SUPPORT PROGRAM, INC., et al., | : | |
| | : | |
| Defendants. | : | |

### AFFIDAVIT OF JASON JUSTISON

1. I am an employee of Connections Community Support Programs, Inc.

2. I was not personally served with a complaint in the matter *Anthony A. Nash v. Connections CSP, Inc., et al.*, C.A. No. 16-896 GMS.

3. Theo Gregory is not my agent authorized by appointment or law to receive service of process on my behalf.

4. At no time has Theo Gregory been granted authority to accept service on my behalf.

_____
JASON JUSTISON

-15-

19142852v.1

STATE OF DELAWARE        :
                         :    SS.
NEW CASTLE COUNTY        :

On this 19th day of December, 2017, before me personally appeared Jason Justison to me known to be the person named herein, and who executed the foregoing Affidavit and acknowledged to me that he voluntarily executed the same.

EILEEN H. TORRES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 18, 2019
Commission # 20150918000001

_____ 12-19-17
NOTARIAL OFFICER

-16-

19142852v.1