SWORN STATENT   C.A. 16-896-GMS
(in support of Motion For Extension of time)

I, Anthony Nash state that today is Monday May 28th 2018, Mail (Legal mail) was just delivered to Doom 1 (my housing unit). Connections Summary Judgment Motion and opening brief still has not come yet. According to the district court's CM/ECF website, it was filed May 22nd. The state filed their's May 21st. I recieved it May 23rd! Please review my docket sheet. I have filed numerous complaints about not recieving my legal mail on time. This is prejudicial to me because: How can I work on, complete, and then make copies of a legitimate legal argument in less than 5 days. The deadline is June 4th. This isn't fair, I've been complaining for 2 years to no avail. When something comes from the State or Fed Court I get it in a timely manner. When White & Williams files something if it comes it takes forever. Please investigate and give me an extension, preferably (14 days) to answer from the time I get it. I don't know if its the mailroom here or their lawyers not mailing when they file. Summary judgment is very important. This issue needs to be addressed.

I declare under penalty of perjury the foregoing to be true and correct, under 28 USC §1746.

Sincerely,
Anthony Nash

(see back)

Also, according to pacer, White & Williams, LLP filed one brief under seal and another "redacted version." This is my official **objection** to **any** redacted brief. I do not have an attorney, therefore, it is **essential** that I receive **all** legal arguments by my adversaries. How can they even "redact" a brief. It ~~would be~~ is prejudicial to me to not have **all** of the opposing parties filings.

Cordially,

*[signature]*
Anthony Nash

I/M Anthony A___
SBI# 364604   UNIT Dorm 1

**HOWARD R. YOUNG CORRECTIONAL INSTITUTION**
**P.O. BOX 9561**
**WILMINGTON, DELAWARE 19809**

29 MAY 2018 PM 2 T



Office of the Clerk
United States District Court
844 N. King St., Unit 18
Wilm, DE 19801

FILED
MAY 30 2018
US DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY

19801$3570